724 A.2d 798

AMELIA NASH AND FRED NASH, HER HUSBAND, PLAINTIFFS–RESPONDENTS, v. BELLA LERNER, DEFENDANT–APPELLANT, AND JOHN DOES, TOWNSHIP OF EDISON, AND RICHARD ROES, DEFENDANTS.

Argued February 16, 1999—Decided March 17, 1999.

*R. Peter Connell* argued the cause for appellant (*Connell & Connell,* attorneys; *Mr. Connell* and *Ronald S. Yuro,* on the briefs).

*Michael A. Cohan* argued the cause for respondents.

PER CURIAM.

The judgment of the Appellate Division is reversed, substantially for the reasons expressed in the dissenting opinion of Judge Rodriguez, reported at 311 *N.J.Super.* 183, 193, 709 *A.*2d 799 (1998).

Justice POLLOCK has filed a separate dissenting opinion.

POLLOCK, J., dissenting.

I would affirm the judgment of the Appellate Division, substantially for the reasons expressed in Judge Shebell's majority opinion, reported at 311 *N.J.Super.* 183, 709 *A.*2d 799 (1998).

*For reversal*—Chief Justice PORITZ and Justices HANDLER, O'HERN, GARIBALDI, STEIN, and COLEMAN—6.

*For affirmance*—Justice POLLOCK—1.